**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

APR 28 2015

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| MIGUEL ANGEL OCHOA-FUENTES, <br><br> Petitioner, <br><br> v. <br><br> ERIC H. HOLDER, Jr., Attorney General, <br><br> Respondent. | No. 11-71951 <br><br> Agency No. A088-769-298 <br><br> MEMORANDUM[*] |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted April 22, 2015[**]

Before:    GOODWIN, BYBEE, and CHRISTEN, Circuit Judges.

Miguel Angel Ochoa-Fuentes, a native and citizen of Mexico, petitions for

review of the Board of Immigration Appeals' ("BIA") order dismissing his appeal

from an immigration judge's ("IJ") order of removal. We dismiss the petition for

review.

---

[*]    This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

[**]    The panel unanimously concludes this case is suitable for decision
without oral argument. See Fed. R. App. P. 34(a)(2).

We lack jurisdiction to review the BIA's discretionary denial of cancellation of removal for failure to establish the requisite hardship, *see* 8 U.S.C. § 1252(a)(2)(B)(i); *Mendez-Castro v. Mukasey*, 552 F.3d 975, 978 (9th Cir. 2009), and Ochoa-Fuentes has not set forth a colorable constitutional claim or question of law that would invoke our jurisdiction, *see Mendez-Castro*, 552 F.3d at 978 (any challenge to an IJ's discretionary determination must present a colorable constitutional claim or question of law in order for this court to exercise jurisdiction).

**PETITION FOR REVIEW DISMISSED.**